UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARY URBANO-SPENCER,

      Plaintiff,                    Case No. 05-73064

v.                                  HON. GEORGE CARAM STEEH

STARFISH FAMILY SERVICES, INC.
a Michigan Nonprofit Corporation,

      Defendant

_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion for summary judgment. In accordance with the court's opinion and order granting defendant's motion for summary judgment, entered July 5, 2006,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of defendant.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            BY: s/Josephine Chaffee
                                                DEPUTY COURT CLERK

Dated: July 5, 2006